# United States Court of Appeals for the Fifth Circuit

———————

No. 24-30586
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

April 9, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Horace Washington,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CR-261-4

———————————————————————

Before King, Haynes, and Ho, *Circuit Judges*.

Per Curiam:[*]

Horace Washington appeals his conviction and the 121-month sentence imposed following his conditional guilty plea to conspiracy to distribute and to possess with the intent to distribute cocaine. He argues that the district court erred in denying his motion to suppress.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-30586

Washington has not demonstrated that the warrants were overly broad, did not provide a proper temporal nexus, or generally lacked probable cause. *See United States v. Beverly*, 943 F.3d 225, 231, 234-35 (5th Cir. 2019); *United States v. Craig*, 861 F.2d 818, 822 (5th Cir. 1988). Moreover, Washington is not entitled to suppression pursuant to *Franks v. Delaware*, 438 U.S. 154, 155, 171-72 (1978), because even if the affiants provided some false information in reckless disregard for its veracity, the affidavits otherwise provided sufficient probable cause. *See United States v. Brown*, 298 F.3d 392, 395-96 (5th Cir. 2002).

AFFIRMED.